UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTY LORENZO WRIGHT                )<br>C/O  MR. JEREMY GORDON, ESQ.       )<br>215 W. FRANKLIN STREET STE. 100     )<br>WAXAHACHIE, TX 75165                )<br>                                     )<br>v.                                   )<br>                                     )<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>950 PENNSYLVANIA AVENUE, NW          )<br>WASHINGTON, DC 20530-0001            ) | Civ. No.  14-558 |

## ORIGINAL COMPLAINT

**Introduction**

1.    Through this action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, Plaintiff Marty Lorenzo Wright ("Wright"), seeks to compel the Defendant, United States Department of Justice ("DOJ"), to produce records requested from the Executive Office for United States Attorneys ("EOUSA") under the FOIA.

**Parties**

2.    Wright is a federal prisoner. Wright is represented by Mr. Jeremy Gordon, whose mailing address is 215 W. Franklin St. Ste 100, Waxahachie, Texas 75165.

3.    Defendant DOJ may be served at 950 Pennsylvania Avenue, Washington, DC 20530-0001.

**Venue**

4.      Venue is appropriate in the District of Columbia in accordance with 5 U.S.C. § 552(a)(4)(B).

**Statement of Facts**

5.      On November 29, 2013, Wright, through the undersigned counsel, submitted an electronic FOIA request to EOUSA at USAEO.FOIA.Requests@usdoj.gov .

6.      Wright requested that EOUSA produce "copies of any and all documents, notes, and other records reflecting a grant of immunity or non prosecution to individuals who testified or cooperated in any fashion in *United States v. Marty Lorenzo Wright*, Nos. 4:1995-CR-00039, 4:1995-CR-00044 (E.D. Virginia). To the extent responsive records may be subject to redaction, I request all reasonably segregable portions of all responsive records."

7.      To date, EOUSA has yet to respond to or acknowledge Wright's FOIA request.

**Count One**

8.      Paragraphs one – seven of this Original Complaint are hereby reincorporated as fully set forth herein.

9.      Defendant DOJ has failed to respond to Wright's request for records under FOIA in accordance with the time limits set forth in 5 U.S.C. § 552(a)(6)(A)(i).

10.     As a result of Defendant DOJ's failure to respond to Wright's FOIA request, Wright is deemed to have exhausted his administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

**Relief Requested**

11.     Wright respectfully requests the Court order Defendant DOJ to produce the records described in paragraphs five – six of this Original Complaint to Wright.

12.     Additionally, Wright requests his costs, and such other relief the Court may deem fit.

Respectfully submitted,

/s/ Jeremy Gordon
Jeremy Gordon, Esq.
Attorney at Law
215 W. Franklin St. Suite 100
Waxahachie, TX 75165
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
www.gordondefense.com

Bar Id # TX0113